In the Matter of the Accounting of WESTCHESTER TRUST COMPANY, as Executor of DENIS F. GERBEREUX, Deceased, Appellant; ANNA M. GERBEREUX et al., Respondents.

Argued April 19, 1937; decided May 25, 1937.

*Robert W. Crawford* and *Gerald Donovan* for appellant.

*Irving Schneider* and *Ambrose V. McCall* for respondents.

Order affirmed, with costs payable by appellant personally.    No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.